# United States District Court E-Filing

## NORTHERN DISTRICT OF CALIFORNIA

JOHN J. RANIERI, Derivatively on Behalf of SIGMA DESIGNS, INC.,

Plaintiff,

vs.

THINH Q. TRAN, SILVIO PERICH, KIT TSUI, KENNETH A.
LOWE, JACQUES MARTINELLA, WILLIAM J. ALMON, JULIEN
NGUYEN and LUNG C. TSAI,

Defendants,

– and –

SIGMA DESIGNS, INC., a California corporation,

Nominal Defendant.

## SUMMONS IN A CIVIL CASE HRL

CASE NUMBER:

# C 06 6906

TO: (Name and address of defendant)

SEE ATTACHMENT B

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

an answer to the complaint which is herewith served upon you, within    20   days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

NOV - 6 2006

DATE_____

HELEN L. ALMACEN

(BY) DEPUTY CLERK

ATTACHMENT B

SIGMA DESIGNS, INC.
1221 California Circle
Milpitas, CA  95035

THINH Q. TRAN
c/o Sigma Designs, Inc.
1221 California Circle
Milpitas, CA  95035

SILVIO PERICH
c/o Sigma Designs, Inc.
1221 California Circle
Milpitas, CA  95035

KIT TSUI
c/o Sigma Designs. Inc.
1221 California Circle
Milpitas, CA  95035

KENNETH A. LOWE
c/o Sigma Designs, Inc.
1221 California Circle
Milpitas, CA  95035

JACQUES MARTINELLA
c/o Sigma Designs, Inc.
1221 California Circle
Milpitas, CA  95035

WILLIAM J. ALMON
c/o Sigma Designs, Inc.
1221 California Circle
Milpitas, CA  95035

JULIEN NGUYEN
c/o Sigma Designs, Inc.
1221 California Circle
Milpitas, CA  95035

LUNG C. TSAI
c/o Sigma Designs, Inc.
1221 California Circle
Milpitas, CA  95035

| Attorney Or Party Without Attorney (Name and Address) | | Telephone (619) 231-1058 | FOR COURT USE ONLY |
|---|---|---|---|
| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 WEST BROADWAY, SUITE 1900<br>SAN DIEGO, CA 92101 | | | |
| Attorneys for: | | Ref. No. Or File No.<br>339912 | |

| Insert name of court, judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT NORTHERN |

| Plaintiff: |
|---|
| JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC. |

| Defendant: |
|---|
| THINH Q. TRAN, ET AL. |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 06-6906 HRL |
|---|---|---|---|---|

I, Jim Wyatt, Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a
party to the within action;

I served the: SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED
STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant             :  SIGMA DESIGNS, INC.

By Serving            :  LAURA RAHMANIAN, AUTHORIZED AGENT

Address               :  1221 CALIFORNIA CIRCLE , MILPITAS, CA  95035
Date & Time           :  Tuesday, November 21, 2006 @ 3:55pm
Witness fees were     :  Not applicable.

Person serving:
Jim Wyatt
***Pacific Research & Retrieval, Inc.***
**P.O. Box 461, San Jose, CA  95103**
**408-295-6800      Fax 408-295-6895**

a. Fee for service: $60.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 98
   (3) County: Merced
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: December 13, 2006

Signature: _____
                    Jim Wyatt


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 WEST BROADWAY, SUITE 1900<br>SAN DIEGO, CA 92101 | (619) 231-1058 | |

Attorneys for:

| Ref. No. Or File No. |
|---|
| 339913 |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 06-6906 HRL |
|---|---|---|---|---|

I, Jim Wyatt, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | | |
|---|---|---|
| Defendant | : | THINH Q. TRAN |
| By Serving | : | MAGGIE ANDERSON, HUMAN RESOURCE |
| Address | : | 1221 CALIFORNIA CIRCLE , MILPITAS, CA 95035 |
| Date & Time | : | Monday, December 4, 2006 @ 1:25pm |
| Witness fees were | : | Not applicable. |

Person serving:
Jim Wyatt
**Pacific Research & Retrieval, Inc.**
**P.O. Box 461, San Jose, CA 95103**
**408-295-6800      Fax 408-295-6895**

a. Fee for service: $58.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 98
   (3) County: Merced
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 5, 2006

Signature:_____
Jim Wyatt


Printed on recycled paper

LERACH COUGHLIN STOIA GELLER RUDMAN &  ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101
Telephone: (619) 231-1058
Attorneys for:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff(s)   : JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF
Defendant(s) : THINH Q. TRAN, ET AL.

| | |
|---|---|
| **Hearing  Date:** | |
| **Time:** | **Dept.** |

| | | |
|---|---|---|
| Invoice No.  339913 | **DECLARATION  RE  DILIGENCE** | Case No. C 06-6906 HRL |

I JIM WYATT                                      , and any employees or independent contractors retained by

Pacific Research & Retrieval, Inc. are and were on the dates mentioned herein over the age of eighteen years

and not a party to this action. Personal service was attempted on

**THINH  Q.  TRAN**

(3)  Alternate Address : ,
(2)  Business Address  : 1221 CALIFORNIA CIRCLE, MILPITAS, CA  95035
(1)  Residence Address: 14341 SOBEY RD., Saratoga, Ca  95070
      Date and time of attempt(s):

11/21/06 - 3:45PM  SUBJECT NOT IN TODAY.
11/28/06 - 2:10PM  SUBJECT NOT IN TODAY.
12/4/06  - 1:25PM  SUBJECT NOT IN TODAY.  DOCUMENTS SUB-SERVED TO MAGGIE ANDERSON, HUMAN
RESOURCE.

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on December 5, 2006              Signature:_____
                                                                                       Jim Wyatt

Printed on recycled paper  **Pacific  Research  &  Retrieval,  Inc.,** P.O. Box 28461, San Jose, CA  95103     408-295-6800  fax-295-6800

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|

Attorney Or Party Without Attorney (Name and Address)

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Telephone: (619) 231-1058

Ref. No. Or File No. 339913

Attorneys for:

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:
JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:
THINH Q. TRAN, ET AL.

| POS BY MAIL | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 4, 2006, I served the within :

SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Jose, California, addressed as follows:

THINH Q. TRAN
1221 CALIFORNIA CIRCLE
MILPITAS, CA 95035

Person serving:
Rose Pena

**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800    Fax 408-295-6895

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.:
  (3) County:
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 5, 2006

Signature:_____
JIM WYATT



Judicial Council form, rule 982(a) (23)

| Attorney Or Party Without Attorney (Name and Address) | | FOR COURT USE ONLY |
|---|---|---|

Attorney Or Party Without Attorney (Name and Address)

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Telephone: (619) 231-1058

Attorneys for:

Ref. No. Or File No.
339915

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

I, Jim Wyatt , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a
party to the within action;

I served the: SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED
STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant           :   SILVIO PERICH

By Serving          :   MAGGIE ANDERSON, HUMAN RESOURCE

Address             :   1221 CALIFORNIA CIRCLE , MILPITAS, CA  95035
Date & Time         :   Monday, December 4, 2006 @ 1:25pm
Witness fees were   :   Not applicable.

Person serving:
Jim Wyatt
**Pacific Research & Retrieval, Inc.**
**P.O. Box 461, San Jose, CA  95103**
**408-295-6800      Fax 408-295-6895**

a. Fee for service: $58.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 98
   (3) County:  Merced
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: December 5, 2006

Signature:_____
                    Jim Wyatt


Printed on recycled paper

LERACH COUGHLIN STOIA GELLER RUDMAN &  ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101
Telephone: (619) 231-1058
Attorneys for:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff(s)    : JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF
Defendant(s) : THINH Q. TRAN, ET AL.

| | Hearing  Date: |
|---|---|
| | Time:          Dept. |

| Invoice No.  339915 | **DECLARATION  RE  DILIGENCE** | Case No. C 06-6906 HRL |
|---|---|---|

I JIM WYATT                                                  , and any employees or independent contractors retained by

Pacific Research & Retrieval, Inc.  are and were on the dates mentioned herein over the age of eighteen years

and not a party to this action. Personal service was attempted on

**SILVIO  PERICH**

(3)  Alternate Address : ,
(2)  Business Address  : 1221 CALIFORNIA CIRCLE, MILPITAS, CA  95035
(1)  Residence Address: 18775 DEER PARK DRIVE, Sonoma, Ca 95476

Date and time of attempt(s):

11/21/06  - 3:45PM  SUBJECT NOT IN TODAY.
11/28/06  - 2:10PM  SUBJECT NOT IN TODAY.
12/4/06    - 1:25PM  SUBJECT NOT IN TODAY.  DOCUMENTS SUB-SERVED TO MAGGIE ANDERSON, HUMAN
RESOURCE.

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on December 5, 2006                    Signature:_____
                                                                                  Jim Wyatt

| Attorney Or Party Without Attorney (Name and Address) | Telephone: (619) 231-1058 | FOR COURT USE ONLY |
|---|---|---|

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Ref. No. Or File No.
339915

Attorneys for:

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| **POS BY MAIL** | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 4, 2006, I served the within :

  SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
  MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE
  MANAGEMENT CONFERENCE AND ADR DEADLINES

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully
prepaid for first class in the United States mail at San Jose, California, addressed as follows:

        SILVIO PERICH
        1221 CALIFORNIA CIRCLE
        MILPITAS, CA  95035

Person serving:
Rose Pena
*Pacific Research & Retrieval, Inc.*
**P.O. Box 461, San Jose, CA  95103**
**408-295-6800     Fax 408-295-6895**

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: December 5, 2006                    Signature: _____
                                                    JIM WYATT

Judicial Council form, rule 982(a)  (23)

| Attorney Or Party Without Attorney (Name and Address) | | | | Telephone: | | FOR COURT USE ONLY |

Attorney Or Party Without Attorney (Name and Address)

Telephone: (619) 231-1058

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Attorneys for:

Ref. No. Or File No. 339916

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |

I, Jim Wyatt, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : KIT TSUI

By Serving : MAGGIE ANDERSON, HUMAN RESOURCE

Address : 1221 CALIFORNIA CIRCLE , MILPITAS, CA 95035
Date & Time : Monday, December 4, 2006 @ 1:25pm
Witness fees were : Not applicable.

Person serving:
Jim Wyatt
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800    Fax 408-295-6895

a. Fee for service: $29.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 98
   (3) County: Merced
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 5, 2006                Signature:_____
                                                      Jim Wyatt



Printed on recycled paper

LERACH COUGHLIN STOIA GELLER RUDMAN &  ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101
Telephone: (619) 231-1058
Attorneys for:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff(s)   : JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF
Defendant(s) : THINH Q. TRAN, ET AL.

| Hearing  Date: | |
|---|---|
| Time: | Dept. |

| Invoice No. 339916 | **DECLARATION  RE  DILIGENCE** | Case No. C 06-6906 HRL |
|---|---|---|

I JIM WYATT                                       , and any employees or independent contractors retained by

Pacific Research & Retrieval, Inc. are and were on the dates mentioned herein over the age of eighteen years

and not a party to this action. Personal service was attempted on

**KIT  TSUI**

(3)   Alternate Address : ,
(2)   Business Address  : 1221 CALIFORNIA CIRCLE, MILPITAS, CA  95035
(1)   Residence Address: 1188 KREBS COURT, San Jose, Ca 95151
        Date and time of attempt(s):

11/21/06  -  3:45PM  SUBJECT NOT IN TODAY.
11/28/06  -  2:10PM  SUBJECT NOT IN TODAY.
12/4/06   -  1:25PM  SUBJECT NOT IN TODAY.  DOCUMENTS SUB-SERVED TO MAGGIE ANDERSON, HUMAN
RESOURCE.

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on December 5, 2006                 Signature:_____
                                                                          Jim Wyatt

Printed on recycled paper **Pacific  Research  &  Retrieval,  Inc.,** P.O. Box 28461, San Jose, CA  95103     408-295-6800   fax-295-6800

| Attorney Or Party Without Attorney (Name and Address) | | | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP 655 WEST BROADWAY, SUITE 1900 SAN DIEGO, CA 92101 | | | | (619) 231-1058 | |

Attorneys for:

Ref. No. Or File No. 339916

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| **POS BY MAIL** | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.

On December 4, 2006, I served the within :

   SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
   MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE
   MANAGEMENT CONFERENCE AND ADR DEADLINES

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully
prepaid for first class in the United States mail at San Jose, California, addressed as follows:

        KIT TSUI
        1221 CALIFORNIA CIRCLE
        MILPITAS, CA  95035

Person serving:                          a. Fee for service:
Rose Pena                                d. Registered California Process Server
***Pacific Research & Retrieval, Inc.***      (1) Employee or independent contractor
**P.O. Box 461, San Jose, CA  95103**        (2) Registration No.:
**408-295-6800     Fax 408-295-6895**        (3) County:
                                            (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date:  December 5, 2006                   Signature:_____
                                                          JIM WYATT



Judicial Council form, rule 982(a)  (23)

| Attorney Or Party Without Attorney (Name and Address) | | | | | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|---|---|---|---|

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Telephone: (619) 231-1058

Attorneys for:

Ref. No. Or File No.
339918

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

I, Jim Wyatt, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | | |
|---|---|---|
| Defendant | : | KENNETH A. LOWE |
| By Serving | : | MAGGIE ANDERSON, HUMAN RESOURCE |
| Address | : | 1221 CALIFORNIA CIRCLE , MILPITAS, CA  95035 |
| Date & Time | : | Monday, December 4, 2006 @ 1:25pm |
| Witness fees were | : | Not applicable. |

Person serving:
Jim Wyatt
***Pacific Research & Retrieval, Inc.***
**P.O. Box 461, San Jose, CA  95103**
**408-295-6800      Fax 408-295-6895**

a. Fee for service: $29.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 98
   (3) County:  Merced
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 5, 2006

Signature:_____
                                    Jim Wyatt


Printed on recycled paper

LERACH COUGHLIN STOIA GELLER RUDMAN &  ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101
Telephone: (619) 231-1058
Attorneys for:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff(s)    : JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF
Defendant(s) : THINH Q. TRAN, ET AL.

| Hearing Date: | |
| --- | --- |
| Time: | Dept. |

| Invoice No. 339918 | **DECLARATION  RE  DILIGENCE** | Case No. C 06-6906 HRL |
| --- | --- | --- |

I JIM WYATT                                         , and any employees or independent contractors retained by

Pacific Research & Retrieval, Inc. are and were on the dates mentioned herein over the age of eighteen years

and not a party to this action. Personal service was attempted on

**KENNETH  A.  LOWE**

(3)   Alternate Address : ,
(2)   Business Address  : 1221 CALIFORNIA CIRCLE, MILPITAS, CA  95035
(1)   Residence Address: 832 BEDFORD STREET, Fremont, Ca  94539
       Date and time of attempt(s):

11/21/06  -  3:45PM  SUBJECT NOT IN TODAY.
11/28/06  -  2:10PM  SUBJECT NOT IN TODAY.
12/4/06   -  1:25PM  SUBJECT NOT IN TODAY.  DOCUMENTS SUB-SERVED TO MAGGIE ANDERSON, HUMAN
RESOURCE.

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on December 5, 2006                    Signature:_____
                                                                                      Jim Wyatt

Printed on recycled paper  **Pacific Research & Retrieval, Inc.**, P.O. Box 28461, San Jose, CA  95103     408-295-6800   fax-295-6800

| Attorney Or Party Without Attorney (Name and Address) | | | Telephone: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP 655 WEST BROADWAY, SUITE 1900 SAN DIEGO, CA 92101 | | | (619) 231-1058 | | |
| | | | Ref. No. Or File No. 339918 | | |

Attorneys for:

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| **POS BY MAIL** | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 4, 2006, I served the within :

> SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
> MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE
> MANAGEMENT CONFERENCE AND ADR DEADLINES

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully
prepaid for first class in the United States mail at San Jose, California, addressed as follows:

> KENNETH A. LOWE
> 1221 CALIFORNIA CIRCLE
> MILPITAS, CA  95035

Person serving:
Rose Pena
**Pacific Research & Retrieval, Inc.**
**P.O. Box 461, San Jose, CA  95103**
**408-295-6800      Fax 408-295-6895**

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: December 5, 2006

Signature:_____
JIM WYATT

Judicial Council form, rule 982(a)  (23)

Attorney Or Party Without Attorney (Name and Address)

Telephone: (619) 231-1058

*FOR COURT USE ONLY*

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Ref. No. Or File No.
339919

Attorneys for:

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

I, Jim Wyatt , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            :   JACQUES MARTINELLA

By Serving           :   MAGGIE ANDERSON, HUMAN RESOURCE

Address              :   1221 CALIFORNIA CIRCLE , MILPITAS, CA  95035
Date & Time          :   Monday, December 4, 2006 @ 1:25pm
Witness fees were    :   Not applicable.

Person serving:
Jim Wyatt
***Pacific Research & Retrieval, Inc.***
**P.O. Box 461, San Jose, CA  95103**
**408-295-6800      Fax 408-295-6895**

a. Fee for service: $29.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 98
   (3) County:  Merced
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 5, 2006

Signature:_____
                    Jim Wyatt


Printed on recycled paper

LERACH COUGHLIN STOIA GELLER RUDMAN &  ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101
Telephone: (619) 231-1058
Attorneys for:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff(s)   : JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF
Defendant(s) : THINH Q. TRAN, ET AL.

| | |
|---|---|
| Hearing Date: | |
| Time: | Dept. |

| | | |
|---|---|---|
| Invoice No. 339919 | **DECLARATION  RE  DILIGENCE** | Case No. C 06-6906 HRL |

I JIM WYATT                                    , and any employees or independent contractors retained by

Pacific Research & Retrieval, Inc. are and were on the dates mentioned herein over the age of eighteen years

and not a party to this action. Personal service was attempted on

**JACQUES  MARTINELLA**

(3)  Alternate Address : ,
(2)  Business Address  : 1221 CALIFORNIA CIRCLE, MILPITAS, CA  95035
(1)  Residence Address: 979 CALIFORNIA AVE., San Jose, Ca 95125

Date and time of attempt(s):

11/21/06 - 3:45PM SUBJECT NOT IN TODAY.
11/28/06 - 2:10PM SUBJECT NOT IN TODAY.
12/4/06  - 1:25PM SUBJECT NOT IN TODAY.  DOCUMENTS SUB-SERVED TO MAGGIE ANDERSON, HUMAN
RESOURCE.

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on December 5, 2006            Signature:_____

                                                                          Jim Wyatt

Printed on recycled paper **Pacific Research & Retrieval, Inc.**, P.O. Box 28461, San Jose, CA  95103     408-295-6800  fax-295-6800

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 WEST BROADWAY, SUITE 1900<br>SAN DIEGO, CA 92101 | (619) 231-1058 | |

Attorneys for:

| | Ref. No. Or File No. |
|---|---|
| | 339919 |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| POS BY MAIL | Date: | Time: | Dept/Div: | Case Number:<br>C 06-6906 HRL |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.

On December 4, 2006, I served the within :

>   SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
>   MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE
>   MANAGEMENT CONFERENCE AND ADR DEADLINES

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully
prepaid for first class in the United States mail at San Jose, California, addressed as follows:

>   JACQUES MARTINELLA
>   1221 CALIFORNIA CIRCLE
>   MILPITAS, CA 95035

Person serving:
Rose Pena

**Pacific Research & Retrieval, Inc.**
**P.O. Box 461, San Jose, CA 95103**
**408-295-6800    Fax 408-295-6895**

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: December 5, 2006

Signature:_____
                    JIM WYATT



Judicial Council form, rule 982(a) (23)

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: (619) 231-1058 | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|

Attorney Or Party Without Attorney (Name and Address)

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Attorneys for:

Ref. No. Or File No.
339920

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

I, Jim Wyatt, Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a
party to the within action;

I served the: SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED
STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant           :   WILLIAM J. ALMON

By Serving          :   MAGGIE ANDERSON, HUMAN RESOURCE

Address             :   1221 CALIFORNIA CIRCLE , MILPITAS, CA  95035
Date & Time         :   Saturday, December 4, 0906 @ 1:25pm
Witness fees were   :   Not applicable.

Person serving:
Jim Wyatt
**Pacific Research & Retrieval, Inc.**
**P.O. Box 461, San Jose, CA  95103**
**408-295-6800       Fax 408-295-6895**

a. Fee for service: $29.00
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 98
  (3) County:  Merced
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: December 5, 2006

Signature: _____
                        Jim Wyatt


Printed on recycled paper

LERACH COUGHLIN STOIA GELLER RUDMAN &  ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101
Telephone: (619) 231-1058
Attorneys for:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff(s)   : JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF
Defendant(s) : THINH Q. TRAN, ET AL.

| Hearing Date: | |
|---|---|
| Time: | Dept. |

| Invoice No. 339920 | DECLARATION RE DILIGENCE | Case No. C 06-6906 HRL |
|---|---|---|

I JIM WYATT                                            , and any employees or independent contractors retained by

Pacific Research & Retrieval, Inc. are and were on the dates mentioned herein over the age of eighteen years

and not a party to this action. Personal service was attempted on

**WILLIAM J. ALMON**

(3)   Alternate Address : ,
(2)   Business Address  : 1221 CALIFORNIA CIRCLE, MILPITAS, CA  95035
(1)   Residence Address: 10570 BLANDOR WAY, Los Altos, Ca  94024

Date and time of attempt(s):

11/21/06 - 3:45PM  SUBJECT NOT IN TODAY.
11/28/06 - 2:10PM  SUBJECT NOT IN TODAY.
12/4/06   - 1:25PM  SUBJECT NOT IN TODAY.  DOCUMENTS SUB-SERVED TO MAGGIE ANDERSON, HUMAN RESOURCE.

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on December 5, 2006                    Signature:_____
                                                                                    Jim Wyatt

Printed on recycled paper **Pacific Research & Retrieval, Inc.**, P.O. Box 28461, San Jose, CA  95103     408-295-6800  fax-295-6800

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: (619) 231-1058 | FOR COURT USE ONLY |
|---|---|---|---|

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Ref. No. Or File No.
339920

Attorneys for:

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:
JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:
THINH Q. TRAN, ET AL.

| **POS BY MAIL** | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 4, 2006, I served the within :

SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully
prepaid for first class in the United States mail at San Jose, California, addressed as follows:

WILLIAM J. ALMON
1221 CALIFORNIA CIRCLE
MILPITAS, CA  95035

Person serving:
Rose Pena

**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA  95103
408-295-6800     Fax 408-295-6895

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: December 5, 2006                          Signature:_____
                                                                    JIM WYATT



Judicial Council form, rule 982(a)  (23)

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|

Attorney Or Party Without Attorney (Name and Address)
Telephone: (619) 231-1058

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Ref. No. Or File No.
339921

Attorneys for:

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:
JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:
THINH Q. TRAN, ET AL.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

I, Jim Wyatt, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant              :   JULIEN NGUYEN

By Serving             :   MAGGIE ANDERSON, HUMAN RESOURCE

Address                :   1221 CALIFORNIA CIRCLE , MILPITAS, CA  95035
Date & Time            :   Monday, December 4, 2006 @ 1:25pm
Witness fees were      :   Not applicable.

Person serving:
Jim Wyatt
**Pacific Research & Retrieval, Inc.**
**P.O. Box 461, San Jose, CA  95103**
**408-295-6800      Fax 408-295-6895**

a. Fee for service: $29.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 98
   (3) County:  Merced
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 5, 2006

Signature: _____
                              Jim Wyatt



Printed on recycled paper

LERACH COUGHLIN STOIA GELLER RUDMAN &  ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101
Telephone: (619) 231-1058
Attorneys for:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff(s)   : JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF
Defendant(s) : THINH Q. TRAN, ET AL.

| Hearing  Date: | |
|---|---|
| Time: | Dept. |

| Invoice No.  339921 | **DECLARATION  RE  DILIGENCE** | Case No. C 06-6906 HRL |
|---|---|---|

I JIM WYATT                                     , and any employees or independent contractors retained by

Pacific Research & Retrieval, Inc. are and were on the dates mentioned herein over the age of eighteen years

and not a party to this action. Personal service was attempted on

**JULIEN NGUYEN**

(3)  Alternate Address : ,
(2)  Business Address  : 1221 CALIFORNIA CIRCLE, MILPITAS, CA  95035
(1)  Residence Address: 14484 CHESTER AVE., Saratoga, Ca  95070
     Date and time of attempt(s):

11/21/06 - 3:45PM  SUBJECT NOT IN TODAY.
11/28/06 - 2:10PM  SUBJECT NOT IN TODAY.
12/4/06  - 1:25PM  SUBJECT NOT IN TODAY.  DOCUMENTS SUB-SERVED TO MAGGIE ANDERSON, HUMAN
RESOURCE.

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on December 5, 2006              Signature:_____
                                                                          Jim Wyatt

Printed on recycled paper  **Pacific  Research & Retrieval, Inc.**, P.O. Box 28461, San Jose, CA  95103      408-295-6800   fax-295-6800

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Telephone: (619) 231-1058

Ref. No. Or File No.
339921

Attorneys for:

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| POS BY MAIL | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 4, 2006, I served the within :

SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully
prepaid for first class in the United States mail at San Jose, California, addressed as follows:

JULIEN NGUYEN
1221 CALIFORNIA CIRCLE
MILPITAS, CA  95035

Person serving:
Rose Pena
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA  95103
408-295-6800    Fax 408-295-6895

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: December 5, 2006

Signature:_____
                    JIM WYATT



Judicial Council form, rule 982(a)  (23)

| Attorney Or Party Without Attorney (Name and Address) | | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|---|
| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 WEST BROADWAY, SUITE 1900<br>SAN DIEGO, CA 92101 | | | (619) 231-1058 | |
| Attorneys for: | | | Ref. No. Or File No.<br>339922 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:

JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:

THINH Q. TRAN, ET AL.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 06-6906 HRL |
|---|---|---|---|---|

I, Jim Wyatt, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           :  LUNG C. TSAI

By Serving          :  MAGGIE ANDERSON, HUMAN RESOURCE

Address             :  1221 CALIFORNIA CIRCLE , MILPITAS, CA  95035
Date & Time         :  Monday, December 4, 2006 @ 1:25pm
Witness fees were   :  Not applicable.

Person serving:                          a. Fee for service: $29.00
Jim Wyatt                                d. Registered California Process Server
**Pacific Research & Retrieval, Inc.**       (1) Employee or independent contractor
**P.O. Box 461, San Jose, CA  95103**        (2) Registration No.:  98
**408-295-6800     Fax 408-295-6895**        (3) County:  Merced
                                             (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 5, 2006                   Signature: _____
                                                            Jim Wyatt



Printed on recycled paper

LERACH COUGHLIN STOIA GELLER RUDMAN &  ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101
Telephone: (619) 231-1058
Attorneys for:

UNITED STATES DISTRICT COURT NORTHERN

Plaintiff(s)   : JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF
Defendant(s) : THINH Q. TRAN, ET AL.

| Hearing Date: | |
|---|---|
| Time: | Dept. |

| Invoice No. 339922 | DECLARATION RE DILIGENCE | Case No. C 06-6906 HRL |
|---|---|---|

I JIM WYATT                                     , and any employees or independent contractors retained by

Pacific Research & Retrieval, Inc. are and were on the dates mentioned herein over the age of eighteen years

and not a party to this action. Personal service was attempted on

**LUNG C. TSAI**

(3)   Alternate Address : ,
(2)   Business Address  : 1221 CALIFORNIA CIRCLE, MILPITAS, CA  95035
(1)   Residence Address: 7050 FOOTHILL RD., Pleasanton, Ca  94566
        Date and time of attempt(s):

11/21/06 - 3:45PM  SUBJECT NOT IN TODAY.
11/28/06 - 2:10PM  SUBJECT NOT IN TODAY.
12/4/06   - 1:25PM  SUBJECT NOT IN TODAY.  DOCUMENTS SUB-SERVED TO MAGGIE ANDERSON, HUMAN
RESOURCE.

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on December 5, 2006                    Signature:_____
                                                                              Jim Wyatt

Printed on recycled paper  **Pacific Research & Retrieval, Inc.**, P.O. Box 28461, San Jose, CA  95103     408-295-6800   fax-295-6800

Attorney Or Party Without Attorney (Name and Address)

Telephone:
(619) 231-1058

FOR COURT USE ONLY

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

Ref. No. Or File No.
339922

Attorneys for:

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT NORTHERN

Plaintiff:
JOHN J. RANIERI, DERIVATIVELY ON BEHALF OF SIGMA DESIGNS, INC.

Defendant:
THINH Q. TRAN, ET AL.

| POS BY MAIL | Date: | Time: | Dept/Div: | Case Number: C 06-6906 HRL |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.

On December 4, 2006, I served the within :

SUMMONS; COMPLAINT; LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Jose, California, addressed as follows:

LUNG C. TSAI
1221 CALIFORNIA CIRCLE
MILPITAS, CA 95035

Person serving:
Rose Pena

**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800    Fax 408-295-6895

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 5, 2006

Signature: _____
JIM WYATT

Judicial Council form, rule 982(a) (23)